UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 6:22-cv-2263-ACC-DAB

DANIEL LUGO,

      Plaintiff,

v.

FANTASYWORLD MANAGEMENT
SERVICES, INC.,

      Defendant.
_____/

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, by and through his undersigned counsel, hereby dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) with each side to bear his or its own fees and costs except as otherwise agreed.

                                                s/Drew M. Levitt
                                                DREW M. LEVITT
                                                Florida Bar No. 782246
                                                drewmlevitt@gmail.com
                                                LEE D. SARKIN
                                                Florida Bar No. 962848
                                                LSarkin@aol.com
                                                4700 N.W. Boca Raton Boulevard
                                                Suite 302
                                                Boca Raton, Florida 33431
                                                Telephone (561) 994-6922
                                                Attorneys for Plaintiff